# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**MALCOLM FIGURES**                                                     **PLAINTIFF**
**#0035632**

V.                      NO. 3:22-cv-00155-KGB-ERE

**GREENE COUNTY DETENTION CENTER**                 **DEFENDANT**

## ORDER

Plaintiff Malcom Figures has filed a notice with the Court explaining that Greene County Detention Facility ("Detention Facility") officials have refused to complete his *in forma pauperis* (IFP) application. *Doc. 3*.

IT IS HEREBY ORDERED THAT:

1. Mr. Figures may have an additional 30 days to file his IFP application.[1]

2. The Clerk is instructed to provide a copy of this Order to the Warden of the Greene County Detention Facility, 1809 North Rockingchair Road, Paragould, Arkansas 72450.

3. Mr. Figures is instructed to promptly notify the Court if Detention Facility officials continue to refuse to sign his paperwork so that the Court can schedule a hearing to resolve this preliminary matter.

---

[1] The Court previously provided Mr. Figures until August 1, 2022, to submit a complete IFP application or pay the statutory filing fee. *Doc. 2*.

Dated this 2nd day of August, 2022.

_____
UNITED STATES MAGISTRATE JUDGE