# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**MALCOLM FIGURES**  **PLAINTIFF**
**#0035632**

V.   NO. 3:22-cv-00155-KGB-ERE

**GREENE COUNTY DETENTION CENTER and**
**JAMMIE FLOYD**  **DEFENDANTS**

## ORDER

On June 30, 2022, Plaintiff Malcolm Figures, an inmate at the Greene County Detention Center, ("Detention Center"), filed this lawsuit *pro se* under 42 U.S.C. § 1983 contending that the conditions of his confinement are unconstitutional. *Doc. 1*. Because Mr. Figures only sued the Detention Center, the Court provided Mr. Figures an opportunity to file an amended complaint to clarify his constitutional claims. *Doc. 8*. Mr. Figures has now filed an amended complaint. *Doc. 10*.

In his amended complaint, Mr. Figures claims that Sergeant Jammie Floyd used excessive force against him on one occasion, after which an unidentified medical staff member used "lice soap" and dishwashing liquid to rinse out his eyes.

For screening purposes, Mr. Figures has stated an excessive force claim against Defendant Floyd. Accordingly, service for Defendant Floyd is now proper.

IT IS THEREFORE ORDERED THAT:

1. The Clerk of Court shall prepare a summons for Defendant Jammie Floyd.

2. The United States Marshal is directed to serve Defendant Floyd with a summons and a copy of the complaint and the amended complaint (with any attachments) (*Docs. 1, 10*), without requiring prepayment of fees and costs or security. Service for Defendant Floyd should be attempted through Greene County Detention Facility, 1809 North Rocking Chair Road, Paragould, Arkansas 72450.

3. In his amended complaint, Mr. Figures abandons his claims against the Detention Center.[1] Accordingly, the Clerk is instructed to terminate the Detention Center as a party Defendant.

4. If Mr. Figures wishes to proceed on his claim against the unidentified medical staff member, he must identify that staff member in a supplement to his amended complaint by October 12, 2022.

Dated this 12th day of September, 2022.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] The Court previously cautioned Mr. Figures that an amended complaint would supersede or replace the current complaint. See *In re Atlas Lines, Inc*. 209 F.3d 1064, 1067 (8th Cir. 2000) (an amended complaint supersedes an original complaint and renders the original complaint without legal effect). Thus, Mr. Figures was instructed to make sure that his amended complaint included all allegations relevant to the claim(s) he wants to pursue this lawsuit. *Doc. 8*.