# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**MALCOLM FIGURES**                                                      **PLAINTIFF**
**#0035632**

**V.**                **NO. 3:22-cv-00155-KGB-ERE**

**GREENE COUNTY DETENTION CENTER and**
**JAMMIE FLOYD**                                                    **DEFENDANTS**

## ORDER

A summons was returned unexecuted for Defendant Johnson. *Doc. 18*. Counsel for Defendants has provided Defendant Johnson's last-known address to the Court under seal. *Doc. 20*.

IT IS THEREFORE ORDERED THAT:

1. The Clerk of Court is directed to prepare a new summons for Defendant Johnson.

2. The United States Marshal is directed to serve the reissued summons, the complaint, the amended complaint, and the supplement to the amended complaint (*Docs. 2, 10, 12*), and this Order on Defendant Thomas at his last-known address, provided under seal, without prepayment of fees or costs. Importantly, Defendant Thomas' private mailing address must be *redacted* from the return of service and from any other public portion of the record.

Dated this 2nd day of November, 2022.

                                                    _____
                                                    UNITED STATES MAGISTRATE JUDGE