# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

**MALCOLM FIGURES**  **PLAINTIFF**
**#0035632**

**V.**     **NO. 3:22-cv-00155-KGB-ERE**

**GREENE COUNTY DETENTION CENTER and**
**JAMMIE FLOYD**     **DEFENDANTS**

## ORDER

Pending before the Court is Plaintiff Malcolm Figures' motion for order requesting: (1) information about a previous Court Order; and (2) a status update for this lawsuit. *Doc. 23*.

The notice attached to Mr. Figures' motion was a notice of a docket correction previously entered by the Court. *Doc. 22*. The notice shows that the Clerk initially attached the wrong document to docket entry #21, but then corrected the mistake.

At this time, Defendants Floyd, Hughes, and Luke have answered Mr. Figures' complaint. *Doc. 15*. On November 2, 2022, The Court has directed the Clerk to issue a new summons for Defendant Johnson. *Doc. 21*. When Defendant Johnson is served and files a responsive pleading, the Court will enter a scheduling order setting a deadline for Defendants to file a motion raising the affirmative defense of failure to exhaust administrative remedies.

IT IS THEREFORE ORDERED THAT Mr. Figures' motion (*Doc. 23*) is GRANTED.

Dated this 7th day of November, 2022.

_____
UNITED STATES MAGISTRATE JUDGE