# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**MALCOLM FIGURES**                                                                           **PLAINTIFF**
**#0035632**

**V.**                    **NO. 3:22-cv-00155-KGB-ERE**

**SGT. JAMMIE FLOYD, CPL. HUGHES,**
**JOHNSON, and LUKE**                                                  **DEFENDANTS**

## ORDER

On November 25, 2022, Plaintiff Malcolm Figures filed a notice of change of address indicating that he has been released from custody and providing a post office box where he can receive mail. *Doc. 25.* In light of his release, it is unclear whether Mr. Figures is still entitled to proceed *in forma pauperis* (IFP).[1]

IT IS THEREFORE ORDERED THAT:

1.　The Clerk is directed to mail Mr. Figures a free-world application to proceed *in forma pauperis.*

2.　If Mr. Figures wishes to continue pursuing this lawsuit, he must, **within 30 days of the entry of this Order,** either: (a) file a completed free-world

---

[1] According to the Court's records, Mr. Figures has not paid any money toward the filing fee that the Court assessed in June 2022. *Doc. 8.*

application to proceed *in forma pauperis;* or (b) pay the $402 filing fee for this action.[2]

3. If Mr. Figures does not timely comply with this Order, this case will be dismissed, without prejudice, pursuant to Local Rule 5.5(c)(2).

IT IS SO ORDERED this 28th day of November, 2022.

_____
UNITED STATES MAGISTRATE JUDGE

---

[2] Because he has been released, Mr. Figures no longer qualifies for the reduced fee of $350.