# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

**MALCOLM FIGURES**  **PLAINTIFF**
**#0035632**

V.  NO. 3:22-cv-00155-KGB-ERE

**GREENE COUNTY DETENTION CENTER and**
**JAMMIE FLOYD**  **DEFENDANTS**

## ORDER

Pending before the Court is Plaintiff Malcom Figures' motion for order requesting a status update for this lawsuit. *Doc. 31*. Mr. Figures also requests that the Court provide him a new section 1983 complaint form.

IT IS HEREBY ORDERED THAT:

1. Mr. Figures' motion (*Doc. 31*) is GRANTED.

2. The Clerk is instructed to send Mr. Figures, along with this Order, a current docket sheet for this lawsuit and a 42 U.S.C. § 1983 complaint form.

Dated this 10th day of January, 2023.

_____
UNITED STATES MAGISTRATE JUDGE