IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**MALCOLM FIGURES**                                                                                      **PLAINTIFF**

v.                            Case No. 3:22-cv-00155-KGB-ERE

**JAMMIE FLOYD, Sergeant,**
**Greene County Detention Center,** *et al.*                                         **DEFENDANT**

### ORDER

Before the Court is a Recommended Disposition submitted by United States Magistrate Judge Edie R. Ervin (Dkt. No. 42). Plaintiff Malcolm Figures has not filed any objections to the Recommended Disposition, and the time to file objections has passed. After careful consideration, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects (*Id.*).

It is therefore ordered that:

1. Defendants Sergeant Jammie Floyd, Officer Cameron Hughes, Officer Williams Johnson, and Officer Luke Morris' motion for summary judgment for failure to exhaust administrative remedies is granted (Dkt. No. 38).

2. The Court dismisses without prejudice Mr. Figures' claims against defendants, and the Court dismisses without prejudice defendants as parties to this action.

3. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

So ordered this 18th day of July, 2023.

_____
Kristine G. Baker
United States District Judge