**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**MALCOLM FIGURES**                                                                 **PLAINTIFF**

**v.**                            **Case No. 3:22-cv-00155-KGB-ERE**

**JAMMIE FLOYD, Sergeant,**
**Greene County Detention Center,** *et al.*                              **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that plaintiff Malcolm Figures' complaint is dismissed without prejudice.  The relief sought is denied. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

So adjudged this 18th day of July, 2023.

_____
Kristine G. Baker
United States District Judge